USCA1 Opinion

 

 March 29, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-2103 ALFREDO HUALDE REDIN, ET AL., Plaintiffs, Appellants, v. PUERTO RICO SECRETARY OF JUSTICE, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ____________________ Alfredo Hualde-Redin, Paul Martin Hualde and Maria Susana Costa ____________________ __________________ ___________________ De Hualde on brief pro se. _________ Luis A. Gonzalez on brief for appellees. ________________ ____________________ ____________________ Per Curiam. We affirm the dismissal of plaintiffs' __________ action substantially for the reasons stated in the district court orders and find no merit in any of plaintiffs' arguments. All motions are denied. Affirmed. ________ -3-